IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIGUEL A. RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) Case No. 2015 L 012380 <br> FAMILY DOLLAR STORES OF ILLINOIS, ) <br> INC., and FAMILY DOLLAR, INC. d/b/a Family ) <br> Dollar, ) <br> ) <br> Defendants. ) | |

**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, FAMILY DOLLAR, INC., by and through its attorneys, HeplerBroom LLC, removes to this Court the above-entitled case from the Circuit Court of Cook County, Illinois. In support thereof, Defendant states as follows:

1. The removed case is a civil action filed on December 8, 2015, in the Circuit Court of Cook County, Illinois, bearing Cause No. 2015-L-012380.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and Summons acknowledging service upon defendant, Family Dollar, Inc., on December 11, 2015.

3. Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendant, Family Dollar, Inc., with this Court within 30 days of receipt by the Defendant of the initial pleading against the defendant as required by 28 U.S.C. § 1446(b).

5. Plaintiff, Miguel Ramirez, is an individual citizen and resident of the State of Illinois.

6. Defendant, Family Dollar, Inc., is a corporation incorporated under the laws of North Carolina, and having its principal place of business in North Carolina.

7. Defendant Family Dollar Stores of Illinois, Inc. was a former Illinois corporation that merged into Family Dollar, Inc., a North Carolina corporation, effective as of January 1, 1998. *See Exhibit B, Filed Articles of Merger, Consolidation or Exchange.* Under the Illinois Business Corporation Act of 1983, Family Dollar, Inc. is the surviving, or new, corporation as the separate corporate existence of the merged or consolidated corporation Family Dollar Stores of Illinois, Inc., ceases to exist. *See* 805 ILCS 5/11.50. Therefore, Family Dollar Stores of Illinois, Inc. cannot join in or consent to removal since it no longer exists as a corporation.

8. Counsel for both parties discussed on December 30, 2015, January 6, 2016, and January 7, 2016 that Plaintiff has alleged extensive medical expenses and is unable to stipulate that said damages are not in excess of $75,000. *See attached letters as Exhibit C and D.* Therefore, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

9. Defendant, Family Dollar, Inc., removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

10. Defendant will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Clerk of the Circuit Court for Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

11. Defendant, Family Dollar, Inc., requests a trial by jury of all issues to be tried.

WHEREFORE, Defendant, Family Dollar, Inc., respectfully gives notice that the above-entitled cause is removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

HEPLERBROOM LLC
By: /s/ Edna L. McLain
Edna L. McLain     #6278008
30 N. LaSalle St.
Suite 2900
Chicago, Illinois 60602
Tele: 312-230-9100/Fax: 312-230-9201
*Attorneys for Defendant Family Dollar,, Inc.*

## PROOF OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Chicago, Illinois on this 8th day of January, 2016:

    Gregory Balos  
    Law Offices of Gregory G Balos LLC  
    211 West Wacker Drive  
    Suite 1800  
    Chicago, Illinois 60606

By: /s/ Edna L. McLain