## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Miguel A Ramirez

                                    Plaintiff,

v.                                                       Case No.: 1:16−cv−00232
                                                      Honorable Charles P. Kocoras

Family Dollar Stores of Illinois, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Settlement conference held on 1/19/2017. This cause is hereby dismissed without prejudice and with leave to reinstate on or before 5/19/2017 if settlement is not effectuated. Said dismissal will then become with prejudice without further order of the Court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.